

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
12/15/2009

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GENEVA BPAX VIII, L.L.C. | § | |
| | § | |
| DEBTOR | § | CASE NO.   09-38376-H5-11 |

## ORDER OF DISMISSAL

This case is **ORDERED** dismissed with prejudice.

Signed this 15 day of Dec., 2009 at Houston, Texas.

_____
KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE